APRIL 23, 1993

No. 92–1464. TRANSAMERICAN NATURAL GAS CORP., FKA GHR ENERGY CORP. *v.* TOMA STEEL SUPPLY, INC. C. A. 5th Cir. Certiorari dismissed under this Court's Rule 46.1. 

APRIL 26, 1993

No. 91–1977. HATFIELD *v.* BURLINGTON NORTHERN RAILROAD Co. C. A. 10th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *CSX Transp., Inc.* v. *Easterwood, ante,* p. 658. 

No. 92–926. SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS *v.* SMITH. C. A. 11th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Brecht* v. *Abrahamson, ante,* p. 619. JUSTICE BLACKMUN, JUSTICE STEVENS, and JUSTICE O'CONNOR dissent.

No. 92–966. POLSBY *v.* SHALALA, SECRETARY OF HEALTH AND HUMAN SERVICES, ET AL. C. A. 4th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of the position presently asserted by the Acting Solicitor General in his brief for the United States filed March 5, 1993.